Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOP P. TRAN,<br><br>        Plaintiff<br><br>    vs.<br><br>COMPANION MED TRANS, LLC, a California limited liability company; LAWRENCE PHAM, an individual; and DOES 1 through 10, inclusive.<br><br>        Defendants. | Case No.: SA CV14-01418-DOC (ANx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF HOP P. TRAN** |

1

Default in this action was entered against Defendants Companion Med Trans, LLC and Lawrence Pham, on October 27, 2015.  On December 4, 2015 Plaintiff filed his Application for a Default Judgment, and brief in support thereof.

After reviewing the evidence and brief submitted, the Court hereby renders judgment in favor of Plaintiff Hop P. Tran, and against Defendants Companion Med Trans, LLC and Lawrence Pham, jointly and severally.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Hop P. Tran recover from Defendants Companion Med Trans, LLC and Lawrence Pham, jointly and severally, the following sums:

1. $8,926.70 in unpaid overtime/double time wages;
2. $7,812.35 in liquidated damages under the FLSA for unpaid overtime;
3. $2,264.40 in unpaid minimum wages;
4. $2,264.40 in liquidated damages under CA state law for unpaid minimum wages;
5. $850.00 in statutory penalties under Labor Code Sections 203, and 226;
6. $15,000.00 in civil penalties for violation of Cal. Labor Code Section 226.8;
7. $1,700.00 in non-reimbursed employment related expenses;
8. $899.40 in costs; and
9. $10,800.00 in attorney's fees.

TOTAL JUDGMENT:    Total judgment against both defendants Companion Med Trans, LLC and Lawrence Pham, jointly and severally, is $50,517.25, plus post-judgment interest at a rate equal to the weekly average 1 – year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).

Said Total Judgment plus interest thereon shall be delivered to Plaintiff's counsel, Deason & Archbold, 17011 Beach Blvd., Suite 900, Huntington Beach, CA 92647, and made payable to "Deason & Archbold, Attorney Client Trust Account.

DATED: January 25, 2016

_____
The Honorable David O. Carter
Judge of the District Court